UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches©,
Plaintiff

V.

Thomas Friedman d/b/a New York Times Columnist,
Defendant

RECEIVED
USDC CLERK, COLUMBIA, SC
2007 DEC 26 PM 1:11

Civil No. 4:07-4135 MBS-WMC

Complaint

42 USC 1983, Slander and defamation of character on me. Defendant wrote Articles about me critical of the Iranian war and future wars with Poland and left the Phone # to FCI Williamsburg to reach me. Now I was placed illegally in solitary confinement, this is unconstitutional. FCI Williamsburg rolled up my New York Times and Beat me with them in my mind. I seek $7.5 million in damages for civil Rights violations

Jonathan Lee Riches©
#40948-018 FCI Williamsburg
P.O. Box 340, Salters, S.C. 29590
843-387-9400

Respectfully
Submitted

Jonathan Lee Riches©