Riches v. Friedman — Doc. 1 Att. 1

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

ITEM X-RAYED
USMS
Signature: SS 12/26
Legal Mail

FLORENCE SC 295
21 DEC 2007 PM 1 L

United States District Court
District of South Carolina
Clerk of Court
901 Richland Street
Columbia, S.C. 29201

HAPPY HOLIDAYS

RECEIVED
USDC CLERK, COLUMBIA, SC
2007 DEC 26 PM 1:11

Dockets.Justia.com